Tory E. Griffin (State Bar No. 186181)
Avalon Johnson Fitzgerald (State Bar No. 288167)
REYNOLDS TILBURY WOODWARD LLP
11601 Blocker Drive, Ste. 105
Auburn, CA  95603
Phone:   (530) 885-8500
Fax:       (530) 885-8113
Email:    tgriffin@rtwlawllp.com
Email:    afitzgerald@rtwlawllp.com

James F. Bennett (MO Bar No. 46826) (*pro hac vice forthcoming*)
Kelly J. H. Murrie (MO Bar No. 58569) (*pro hac vice forthcoming*)
Rebecca McLaughlin (MO Bar No. 71969) (*pro hac vice forthcoming*)
DOWD BENNETT
7676 Forsyth Blvd., Suite 1900
St. Louis, MO 63105
Phone:   (314) 889-7300
Email:    jbennett@dowdbennett.com
Email:    kmurrie@dowdbennett.com
Email:    rmclaughlin@dowdbennett.com

Attorneys for Defendants Fortress North America, LLC, and
Compass Minerals International, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BURNHAM; SIERRA NEVADA CONSULTING INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>FORTRESS NORTH AMERICA, LLC, a California limited liability company, COMPASS MINERALS INTERNATIONAL, INC., a Delaware corporation, and DOES 1 – 10, inclusive,<br><br>Defendants. | Case No.  2:24-cv-03298-SCR<br><br><br><br>**CERTIFICATE OF SERVICE** |

I am a citizen of the United States, and I am employed in St. Louis County, State of Missouri. My business address is Dowd Bennett LLP, 7676 Forsyth Blvd., Suite 1900, St. Louis, MO 63105, and my electronic service address is lwilliams@dowdbennett.com. I am over the age of 18 years and not a party to the above-entitled action. On November 27, 2024, I served the foregoing document

described as:

**INITIAL SCHEDULING ORDER**

on the interested parties in said action:

▶ ( X ) **BY MAIL** -- by placing a true copy thereof enclosed in an envelope addressed as set forth above. I am readily familiar with this office's practice whereby the mail is sealed, given the appropriate postage, and placed in a designated mail collection area. Each day's mail is collected and deposited in a United States mailbox after the close of each day's business.

▶ ( X ) **BY ELECTRONIC MAIL** – by email to the person(s) at the email address(es) listed above on the date indicated below.

▶ ( ) **BY CM/ECF ELECTRONIC SERVICE:** The following are registered CM/ECF users with the Court and have consented to service through the Court's automatic transmission of a notice of electronic filing.

Meghan M. Baker
Alexandra K. LaFountain
Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Ph:   (916) 444-1000
F:    (916) 444-2100
mbaker@downeybrand.com
alafountain@downeybrand.com

Attorneys for Plaintiffs Robert Burnham and Sierra Nevada Consulting, Inc.

I declare under penalty of perjury under the laws of the State of Missouri that the foregoing is true and correct, and that this declaration is executed on November 29, 2024, in St. Louis, Missouri.

                                                /s/Linda Williams
                                                Linda Williams